THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Plaintiffs THOMAS HOFF and SANDRA HOFF, CO-TRUSTEES, HOFF FAMILY TRUST U/T/A 09102018

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HOFF and SANDRA HOFF, CO-TRUSTEES, HOFF FAMILY TRUST U/T/A 09102018,<br><br>Plaintiffs,<br><br>vs.<br><br>METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY, a Rhode Island corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01496-JLS-KES<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT Plaintiffs, THOMAS HOFF and SANDRA HOFF, CO-TRUSTEES, HOFF FAMILY TRUST U/T/A 09102018, and defendant METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY have settled all claims in this matter.

- 1 –

**NOTICE OF SETTLEMENT**

1  The parties expect to file a stipulation to dismiss this matter with prejudice within forty-
2  five days from this date.
3
4  NOKES & QUINN
5  /s/ Thomas P. Quinn, Jr.
6  THOMAS P. QUINN, JR. (Bar No. 132268)
   NOKES & QUINN
7  410 Broadway, Suite 200
   Laguna Beach, CA 92651
8  Tel: (949) 376-3500
   Fax: (949) 376-3070
9  Email:  tquinn@nokesquinn.com
10 *Attorney for Defendant Thomas Hoff and Sandra Hoff, Co-Trustees, Hoff Family Trust U/T/A 09102018*

- 2 –

**NOTICE OF SETTLEMENT**